**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DERRICK L. ALLEN**                                                   **PLAINTIFF**

**V.**                  **CASE NO. 4:15-CV-168 SWW/BD**

**DOC HOLLADAY, et al.**                                     **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition. After careful review of the recommendation and Mr. Allen's timely objections, as well as a *de novo* review of the relevant record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Allen's failure-to-protect claims are DISMISSED, without prejudice. As a result, Defendants Holladay, Musaddiq, Knudson, and Sylvester are DISMISSED from the lawsuit, without prejudice. In addition, claims against Defendants Randolph, Batty, Hodge, Ellis, Berumen, Jenkins, Lee, Brown, and Johnson are also DISMISSED, without prejudice.

IT IS SO ORDERED, this 11th day of May 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE