IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK L. ALLEN**                                                                                       **PLAINTIFF**

V.                              CASE NO. 4:15-CV-168 SWW/BD

**DOC HOLLADAY, et al.**                                                                              **DEFENDANTS**

### ORDER

Derrick L. Allen, a pro se plaintiff, was granted leave to proceed *in forma pauperis* on March 26, 2015, in pursuing his constitutional claims under 42 U.S.C. § 1983. (Docket entries #3, #11)

Mr. Allen is no longer incarcerated at the Pulaski County Regional Detention Facility, as evidenced by mail returned to the Court as undeliverable on May 26, 2015. (#22) Mr. Allen has failed to inform the Court of his new address as required under the Court's local rules.

If Mr. Allen wants to continue with this lawsuit, he must provide notice of his new address to the Court within thirty (30) days of entry of this Order. If Mr. Allen is no longer incarcerated, he must also submit an updated *in forma pauperis* application, which the Clerk is directed to attach to this Order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE