# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DERRICK L. ALLEN**                                                           **PLAINTIFF**

**V.**                   **CASE NO. 4:15-CV-168 SWW/BD**

**DOC HOLLADAY, et al.**                                         **DEFENDANTS**

## <u>ORDER</u>

Magistrate Judge Beth Deere has filed a Recommended Disposition in this case. Mr. Allen has not filed an objection to the Recommendation. The Recommendation should be, and hereby is, approved and adopted in all respects.

The Defendants' motion for summary judgment (docket entry #40) is GRANTED. Mr. Allen's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 17th day of February 2016.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE